

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2015

No. 04-14-00880-CV

Stacy Joanna **MAURICIO**,
Appellant

v.

Rueben **MAURICIO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06556
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Stacy Joanna Mauricio has filed a notice of appeal, stating that she intends to appeal from the trial court's judgment of November 14, 2014. The clerk's record includes "Judge's Notes," which indicates a trial was held on November 14, 2014 regarding the parties' divorce proceedings. However, there is no final judgment signed by the trial court contained within the clerk's record. It therefore appears that there is not yet a final, appealable judgment in the underlying cause and the notice of appeal is prematurely filed.

We, therefore, ORDER appellant to show cause in writing by **March 17, 2015** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court